No. 86–751.  ARKANSAS BEST CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari granted.

No. 86–1128.  IMMIGRATION AND NATURALIZATION SERVICE *v.* ABUDU.  C. A. 9th Cir.  Certiorari granted.

No. 86–388.  IMMIGRATION AND NATURALIZATION SERVICE *v.* GUEVARA FLORES.  C. A. 5th Cir.  Certiorari denied.

No. 86–784.  CROSS ET AL. *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 86–876.  STAR-KIST FOODS, INC. *v.* COUNTY OF LOS ANGELES ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 86–913.  HEINEMANN *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 86–932.  NIELSEN *v.* UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 86–996.  MCKENZIE COUNTY SOCIAL SERVICES BOARD ET AL. *v.* V. G.  Sup. Ct. N. D.  Certiorari denied.

No. 86–1015.  TROXLER HOSIERY CO., INC., ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 86–1020.  GREEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–1023.  BLUE CROSS ASSN. ET AL. *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–1032.  THIGPEN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. *v.* WHEAT.  C. A. 5th Cir.  Certiorari denied.